# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) NO. 8:22-cr-00151-PWG |
| TIFFANY RENEA EDUNDSON | ) |
| | ) |
| Defendant. | ) |

## CONSENT MOTION TO CONTINUE SENTENCING

Comes now the defendant, Tiffany Renee Edmundson, and moves to continue sentencing hearing. Ms. Edmundson states as follows:

1. Ms. Edmundson is currently scheduled for sentencing on September 21st at 9:30 a.m.

2. Undersigned has been having difficulty scheduling a time for Ms. Edmundson's PSR interview with Probation Officer Lowe (he has been very accommodating – the scheduling difficulty was due to counsel's unavailability). As such, the draft of the PSR won't be able to be complete by 7/8 as ordered.

3. Ms. Edmundson would ask the court to continue sentencing for 60 days and issue a new sentencing order allowing for more time for probation to provide the draft report.

4. Ms. Edmundson requests that all deadlines set in the original sentencing order be pushed back approximately 60 days to account for the continuance.

5. The parties have cleared November 29, 2022 at 2:00 p.m. as an available new date for sentencing.

6. The government consents to this continuance.

For the foregoing reasons defendant Tiffany Edmundson requests this Court to enter an order continuing her sentencing until November 29, 2022, at 2:00 p.m.

Respectfully Submitted:

/s/ *Sean Farrelly*
 Sean Farrelly (# 21076)
*Attorney for the Defendant*
KINGBIRD LEGAL
929 S High Street, STE 148
West Chester, PA 19382
(202) 505-3411 (office)
sfarrelly@kingbirdlegal.com

## CERTIFICATE OF SERVICE

I have served this filing on the government this 29th day of June 2022 through the ECF System.

Respectfully Submitted:

/s/ *Sean Farrelly*
 Sean Farrelly (# 21076)
*Attorney for the Defendant*
KINGBIRD LEGAL
929 S High Street, STE 148
West Chester, PA 19382
(202) 505-3411 (office)
sfarrelly@kingbirdlegal.com